UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-21741-CIV-UNGARO

THE JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A.),

    Plaintiff,

v.

ALAN RUBENSTEIN,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed on October 8, 2009. (D.E. 34.)

THE COURT has reviewed Notice and the record and is otherwise fully advised of the premises. Accordingly, it is

ORDERED AND ADJUDGED that this case is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of October, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record